■ NEW YORK STATE MORTGAGE LOAN ENFORCEMENT AND ADMINISTRATION CORPORATION et al., Respondents-Appellants, v LEHIGH VALLEY HOUSES, INC., et al., Defendants, and UNITY PARK ASSOCIATES, Appellant-Respondent.—

Present—Callahan, J. P., Boomer, Pine, Balio and Davis, JJ.